UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>v.<br><br>FRANCISCO MARTINEZ-VASQUEZ,<br><br>                                   Defendant. | Case Nos.:  14CR1905-JLS<br>                      16CV1477-JLS<br><br>**ORDER DENYING DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 and DENYING CERTIFICATE OF APPEALABILITY** |

Presently before the Court is Defendant's request for relief under 28 U.S.C. § 2255 (ECF No. 24).  Defendant contends that the 8-level enhancement[1] imposed upon him at sentencing is impermissible in light of *Johnson v. United States*, 135 S.Ct. 2551 (2015). The United States Supreme Court has held, however, that *Johnson* does not apply to the advisory Federal Sentencing Guidelines.  *Beckles v. United States*, 137 S.Ct. 886 (2017). Therefore, Defendant presents no valid basis to vacate, set aside, or correct his sentence.

Accordingly, Defendant's motion under 28 U.S.C. § 2255 is DENIED. Additionally, the Court DENIES Defendant a certificate of appealability, as Defendant

---

[1] The Court actually imposed a 16-level enhancement pursuant to United States Sentencing Guideline § 2L1.2(b)(1)(A)(ii), but this distinction does not alter the Court's necessary conclusion.

1

has not made a substantial showing that he has been denied a constitutional right. See 28 U.S.C. § 2253(c)(2) (providing that a certificate shall issue "only if the applicant has made a substantial showing of a denial of a constitutional right").

IT IS SO ORDERED.

Dated: August 17, 2018

Hon. Janis L. Sammartino
United States District Judge